No. 295. J. F. HAZELTON ET AL. *v.* CITY OF ATLANTA. Error to the Supreme Court of the State of Georgia. March 26, 1919.   Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Walter T. Colquitt* for defendant in error.   *Mr. James K. Hines* for plaintiffs in error.   *Mr. Walter T. Colquitt* and *Mr. Samuel D. Hewlett* for defendant in error.

---

No. 354. UNITED STATES *v.* SHERIDAN-KIRK CONTRACT COMPANY; and

No. 355. SHERIDAN-KIRK CONTRACT COMPANY *v.* UNITED STATES.   Appeals from the Court of Claims. March 28, 1919.   Dismissed, on motion of counsel for appellants.   *The Attorney General* and *Mr. Assistant Attorney General Frierson* for the United States.   *Mr. George A. King* and *Mr. William B. King* for Sheridan-Kirk Contract Co.

---

No. 951. L. R. GARRETT *v.* UNITED STATES.   Error to the District Court of the United States for the Northern District of California.   March 31, 1919.   Docketed and dismissed, on motion of *The Solicitor General* for the United States.   No one opposing.

---

No. 952. L. R. GARRETT *v.* UNITED STATES.   Appeal from the District Court of the United States for the Northern District of California.   March 31, 1919.   Docketed and dismissed, on motion of *The Solicitor General* for the United States.   No one opposing.

---

No. 953. L. R. GARRETT *v.* UNITED STATES.   Appeal from the District Court of the United States for the

249 U. S.    Cases Disposed of Without Consideration by the Court.

Northern District of California.   March 31, 1919.   Docketed and dismissed, on motion of *The Solicitor General* for the United States.   No one opposing.

---

No. 271. CORN PRODUCTS REFINING COMPANY ET AL. *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of New York. March 31, 1919. Dismissed, on motion of counsel for appellants. *Mr. Charles E. Hughes, Mr. Morgan J. O'Brien, Mr. Preston Davie, Mr. James N. Sheean, Mr. Junius Parker* and *Mr. Frank N. Hall* for appellants. *The Attorney General* for the United States.

---

No. 387. STATE OF WISCONSIN EX REL. SALLIE F. MOON COMPANY *v.* WISCONSIN TAX COMMISSION. Error to the Supreme Court of the State of Wisconsin. March 31, 1919. Dismissed, on motion of counsel for plaintiff in error. *Mr. C. T. Bundy* for plaintiff in error. No appearance for defendant in error.

---

No. 252. SEATTLE ELECTRIC COMPANY ET AL. *v.* CITY OF SEATTLE ET AL. Error to the District Court of the United States for the Western District of Washington. April 14, 1919. Dismissed with costs, on motion of counsel for appellants. *Mr. James B. Howe* for appellants. *Mr. Hugh M. Caldwell* for appellees.

---

No. 297. MINERVA B. CRUZAN, ADMINISTRATRIX, ETC., *v.* NEW YORK CENTRAL & HUDSON RIVER RAILROAD